1018

and *Warren R. Resh,* Assistant Attorneys General, for respondent. ▮

No. 624, Misc. ANTHONY *v.* YEAGER, PRISON KEEPER. C. A. 3d Cir.

No. 630, Misc. WILLIAMS *v.* CALIFORNIA. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *James H. Kline,* Deputy Attorney General, for respondent.

No. 643, Misc. MILLER *v.* NEW MEXICO. Sup. Ct. N. M. Petitioner *pro se. Boston E. Witt,* Attorney General of New Mexico, and *Myles E. Flint,* Assistant Attorney General, for respondent.

No. 645, Misc. DEFLUMER *v.* NEW YORK. Ct. App. N. Y. *L. Robert Leisner* for petitioner. *John T. Garry II* for respondent. ▮

No. 690, Misc. WALDEN *v.* PATE, WARDEN. C. A. 7th Cir. *Alton C. Sharpe* for petitioner. *William G. Clark,* Attorney General of Illinois, and *Richard A. Michael* and *Philip B. Robinson,* Assistant Attorneys General, for respondent. ▮

No. 722, Misc. HUDSON *v.* CALIFORNIA. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *John T. Murphy,* Deputy Attorneys General, for respondent.

No. 723, Misc. MEDRANO *v.* WILSON, WARDEN. Sup. Ct. Cal.

No. 745, Misc. OLDEN *v.* WILSON, WARDEN, ET AL. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *John F. Kraetzer,* Deputy Attorneys General, for respondents.

No. 757, Misc. RILEY *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant